# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Peak Operating Co.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1241013** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3639 Ambassador Caffery Pkwy., Suite 201** **Lafayette, LA 70503** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafayette** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Peak Operating Co.**　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

　　District _____　When _____　Case number _____
　　District _____　When _____　Case number _____

| Debtor | **Peak Operating Co.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Peak Holdings, LLC** | Relationship | |
| District | **Western District of LA** When **6/07/24** | Case number, if known | **24-50489** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? **Potential environmental hazard**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes. Insurance agency **Hub International**
  Contact name **Ben Thibodeaux**
  Phone **337-235-3131**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Peak Operating Co.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Peak Operating Co.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 7, 2024**
MM / DD / YYYY

X **/s/ James Collier**
Signature of authorized representative of debtor

**James Collier**
Printed name

Title _____

**18. Signature of attorney**

X **/s/ H. Kent Aguillard**  Date **June 7, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**H. Kent Aguillard**
Printed name

**H. Kent Aguillard**
Firm name

**141 S. 6th Street**
**Eunice, LA 70535**
Number, Street, City, State & ZIP Code

Contact phone **337-457-9331**    Email address **kent@aguillardlaw.com**

**02354 LA**
Bar number and State

Accu-Line Wireline, LLC
P.O. Box 381
Broussard, LA 70518


B&J Dock Little Prairie LLC
7871 Hwy. 27
Bell City, LA 70630


Becnel Rental Tools, Inc.
340 Technology Lane
Gray, LA 70359


Castle Peak Resources LLC
Attn: Bill Templeton
8401 N. Central Expressway
Suite 525
Dallas, TX 75225


Champs J2 LLC
83 Comeaux Drive
Lockport, LA 70374


CL&F Resources LP
111 Veterans Memorial Blvd.
Suite 500
Metairie, LA 70005


Comm Engineering, Inc.
P.O. Box 53463
Lafayette, LA 70504


Danos LLC
3878 West Main
Gray, LA 70359


Date BS, LLC
4402 Wigton
Houston, TX 77096

Dept of Environment Quality
602 N. 5th St.
Baton Rouge, LA 70802


Dept. of Conservation
617 N. 3rd St.
Lasalle Bldg, 9th floor
Baton Rouge, LA 70802


DNOW, LP
6007 Hwy. 90 East
Broussard, LA 70518


Environmental Protection Agency
1201 Elm St., Ste. 500
Dallas, TX 75270


FloQuip, Inc.
P.O. Box 80156
Lafayette, LA 70598


Forefront Emergency Management
2802 Flintrock Trace, B104
Austin, TX 78738


G&L Well Service, Inc.
P.O. Box 2673
Lafayette, LA 70502


Galveston Energy, LLC
5228 Jamaica Beach
Galveston, TX 77554


Gulf Coast Compression
9711 E. Admiral Doyle Drive
Jeanerette, LA 70544

Gulf Inland Contractors, Inc.
P.O. Box 2204
Houma, LA 70361


Houston Energy LP
1200 Smith, Suite 2400
Houston, TX 77002


Howard Energy Co, Inc.
20 NW Cherry Loop
Seattle, WA 98177


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


James H. Gibson
Charles Kreamer
P.O. Box 52124
Lafayette, LA 70505


LA Department of Revenue
P.O. Box 3440
Baton Rouge, LA 70821


LLTX, LLC
100 Ochsner Blvd. Ste 100
Covington, LA 70433


Logic Control Systems
210 Derrick Road
Broussard, LA 70518


Lycon, Inc.
405 Industrial Parkway
Lafayette, LA 70508

Manti Equity Partners, LP
P.O. Box 2907
Corpus Christi, TX 78403


Manti, LP
2 Riverway, Ste. 1100
Houston, TX 77056


MST2 Kenan Harden
USCG MSD Lafayette
315 S. College Rd., Ste. 195
Lafayette, LA 70503


On-Line Production LLC
12 Esquire
San Antonio, TX 78257


Pintail Chemical Solutions, LLC
1299 Hwy. 356
Sunset, LA 70584


Premium Oilfield Services, LLC
4819 Hwy. 90E
New Iberia, LA 70560


Production Services Technology
P.O. Box 61207
Lafayette, LA 70596


Quantum Strategies LLC
Attn: Peter Mitchell
P.O. Box 1370
Vail, CO 81658


Russo Exploration, LLC
P.O. Box 548
Broussard, LA 70518

Scada Integrators and Service
P.O. Box 1290
Broussard, LA 70518


Shelf Energy, LLC
3639 Ambassador Caffery, Ste 202
Lafayette, LA 70503


Southern Petroleum Laboratories
101 Ibex Lane
Broussard, LA 70518


Stanton Energy LLC
308 Sawgrass Lane
Broussard, LA 70518


Stanton Oil & Gas LLC
308 Sawgrass Lane
Broussard, LA 70518


Sun Coast Resources LLC
6405 Cavalcade, Bldg. 1
Houston, TX 77026


Teck Outdoors LLC
1915 S. State St.
Abbeville, LA 70510


Ted Anthony
P.O. Box 52169
Lafayette, LA 70505


The Termo Company
P.O. Box 2767
Long Beach, CA 90801

U.S. Coastguard
800 David Dr., Room 258
Morgan City, LA 70380


USA Compression Partners, LLC
111 Congress Avenue, Suite 2400
Austin, TX 78701


Vermilion Parish School Board
220 South Jefferson Street
Abbeville, LA 70510


Vermilion Parish Sheriff
P.O. Box 307
Abbeville, LA 70511


W. Mike Palmer Consulting, LLC
16817 Gray Heirs Road
Lake Ann, MI 49650

# United States Bankruptcy Court
## Western District of Louisiana

In re **Peak Operating Co.**      Case No. _____

           Debtor(s)      Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Peak Operating Co.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 7, 2024** | **/s/ H. Kent Aguillard** |
| Date | **H. Kent Aguillard** |
| | Signature of Attorney or Litigant |
| | Counsel for **Peak Operating Co.** |
| | **H. Kent Aguillard** |
| | **141 S. 6th Street** |
| | **Eunice, LA 70535** |
| | **337-457-9331 Fax:337-457-2917** |
| | **kent@aguillardlaw.com** |